*Certiorari Granted.*

No. 290. HURD ET AL. *v.* HODGE ET AL.; and
No. 291. URCIOLO ET AL. *v.* HODGE ET AL.

Certiorari granted. *Charles H. Houston, Phineas Indritz* and *Morris P. Glushien* for petitioners. *Henry Gilligan* and *James A. Crooks* for respondents.